Thursday, April 11, 1991

## MOTION DOCKET

**90-166.** Brady v. Safety-Kleen Corp. Certified Question of State Law, No. C-2871548. This cause is pending before the court on the certification of a state law question. Upon consideration of the motion of Cedarville College for leave to file brief *amicus curiae* instanter, IT IS ORDERED by the court that said motion be, and the same is hereby, denied, effective April 8, 1991.

Wright, J., dissents.

**91-590.** Thomas D. Reynolds & Associates, Inc. v. Feeks. *Hamilton County,* No. C-890695. On motion for stay. Motion denied, effective April 8, 1991.

Holmes and Wright, JJ., dissent.

## DISCIPLINARY DOCKET

**90-1701.** Cuyahoga Cty. Bar Assn. v. McWherter. It is ordered by the court, *sua sponte,* effective April 9, 1991, that Neil McWherter is found in contempt for failure to fully comply with this court's order of January 9, 1991.

**90-1958.** In re Resignation of Lawrence. It is ordered by the court, *sua sponte,* effective April 9, 1991, that Herbert Lee Lawrence is found in contempt for failure to fully comply with this court's order of January 16, 1991.

**90-2453.** In re Resignation of Banks. It is ordered by the court, *sua sponte,* effective April 9, 1991, that Charles D. Banks is found in contempt for failure to fully comply with this court's order of January 16, 1991.

## MISCELLANEOUS DISMISSALS

**90-2120.** State, ex rel. Sherrills, v. Court of Common Pleas. *Cuyahoga County,* No. 57417. *Sua sponte,* cause dismissed for want of prosecution, effective April 9, 1991.

**90-2121.** State, ex rel. Sherrills, v. State. *Cuyahoga County,* No. 57359. *Sua sponte,* cause dismissed for want of prosecution, effective April 9, 1991.

**90-2555.** State, ex rel. Calhoun, v. Dayton Metro. Hous. Auth. *Franklin County,* No. 89AP-597. Cause dismissed, on joint application to dismiss, effective April 9, 1991.

**91-68.** O'Brien v. O'Brien. *Columbiana County,* No. 89-C-67. Cause dismissed, on application of counsel for appellant, effective April 11, 1991.

**91-156.** Weiler v. Weiler. *Pickaway County,* No. 89-CA-6. Cause dismissed, on application of counsel for appellant, effective April 11, 1991.

**91-299.** State, ex rel. Hadlock, v. Cuyahoga Cty. Prosecutor. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss, IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective April 9, 1991.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

Monday, April 15, 1991

## MOTION DOCKET

**91-586.** State, ex rel. Fidelity & Guaranty Ins. Co., v. Court of Appeals, Eleventh Dist. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's request for an alternative writ and request for oral argument, IT IS ORDERED by the court that an alternative writ be, and the same is hereby, granted, effective April 12, 1991, and proceedings in Geauga County Court of Appeals case No. 90-G-1560 are hereby stayed until this court rules on the complaint for writ of prohibition.

IT IS FURTHER ORDERED by the court that the request for oral argument be, and the same is hereby, denied, effective April 12, 1991.

Wednesday, April 17, 1991

## MERIT DOCKET

**91-134.** Haynes v. Court of Appeals, Fifth Appellate Dist. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.